## Commonwealth ex rel. *v.* Murphy (No. 2).

OPINION BY RICE, P. J., March 3, 1911:

The questions raised in this case are precisely the same as those raised in the Jones case in which we herewith file an opinion, ante, p. 185.

The petitioner, William E. Grow, is remanded to the custody of the warden of the Schuylkill county prison to serve out so much of his sentence as had not expired on May 25, 1910, the date upon which he was released under bail pending the disposition of this writ of habeas corpus.